**Order entered December 22, 2020**



**In The**
# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-20-00586-CV

### ARCH INSURANCE COMPANY, Appellant

### V.

### ANCHOR ROOFING SYSTEMS, LTD. AND SOPREMA, INC., Appellees

**On Appeal from the 101st Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-17-17759**

## ORDER

Before the Court is the December 18, 2020 unopposed motion of appellee Soprema, Inc. for an extension of time to file its brief on the merits. We **GRANT** the motion and extend the time to **January 22, 2021**.

/s/    ROBERT D. BURNS, III
CHIEF JUSTICE